NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant*

**v.**

**SG INTERACTIVE INC., BLIZZARD ENTERTAINMENT, INC., KOG GAMES INC., RELOADED GAMES, INC.,**
*Defendants-Appellees*

---

2016-2741, 2016-2742, 2016-2743, 2016-2744

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00178-RGA, 1:13-cv-00826-RGA, 1:13-cv-00827-RGA, 1:13-cv-00828-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

GREGORY N. STILLMAN, Hunton & Williams LLP, Norfolk, VA, argued for plaintiff-appellant. Also represented by THOMAS R. WASKOM, Richmond, VA.

TODD ERIC LANDIS, Vinson & Elkins LLP, Dallas, TX, argued for all defendants-appellees. Defendant-appellee Blizzard Entertainment, Inc. also represented by ERIC

JOSEPH KLEIN; FRED WILLIAMS, MARIO A. APREOTESI, JANICE TA, Austin, TX.

JOHN EDWARD CURTIN, Capitol Patent & Trademark Law Firm, PLLC, Alexandria, VA, for defendants-appellees SG Interactive Inc., KOG Games Inc., Reloaded Games, Inc.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and TARANTO, *Circuit Judges*).
                    **AFFIRMED.  *See* Fed. Cir. R. 36.**

                              ENTERED BY ORDER OF THE COURT


 January 16, 2018           /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court